UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CLAUDETTE TAWIL and
THEORDORE TAWIL,

                                          **Plaintiffs,**

               -against-

**TARGET CORPORATION,**

                                          **Defendant.**
-------------------------------------------------------------x

**MEMORANDUM AND ORDER**

**10-CV-965 (JG)**

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       The Court is in receipt of today's letter from defense counsel,[1] seeking reconsideration of the Court's order of March 22, 2011, which denied defendant's previous request that the client representative participate by phone in the upcoming settlement conference. The only new information proffered by defense counsel is that defendant "maintains that it is not responsible for the area where plaintiff alleges her accident occurred." The Court infers from that statement that defendant is taking a no-pay position in connection with any settlement discussions. In such circumstances, the need for the client's presence in court is even greater. Having considered defendant's request, the Court declines to allow the Target representative to

---

[1] Although dated March 31, 2011, the letter was docketed into the ECF system today.

appear by phone at the settlement conference scheduled for April **11**, 2011, at 10:00 a.m.[2]

       **SO ORDERED.**

**Dated:**    Brooklyn, New York
            **April 1, 2011**

                                         **ROANNE L. MANN**
                                         **UNITED STATES MAGISTRATE JUDGE**

---

[2] Defense counsel's letter mistakenly assumes that the settlement conference is scheduled for April 18th. That assumption is apparently based on a docketing error, which resulted in the entry of an order from another case into this docket number. That error has been rectified. The settlement conference in this case is scheduled for April 11th. However, if the parties would prefer to advance the conference to April 6, 2011 at either 10:00 a.m. or 2:00 p.m., the Court has had cancellations in those time slots.